IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dziadziak, Krzysztof

Printed: 11/20/07

Case Number: 07 B 13221
Judge: Goldgar, A. Benjamin
Filed: 7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 9, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank | Secured | 0.00 | 0.00 |
| 2. | US Bank | Secured | 36,086.47 | 0.00 |
| 3. | Capital One | Unsecured |  | No Claim Filed |
| 4. | America's Servicing Co | Unsecured |  | No Claim Filed |
| 5. | IC System Inc | Unsecured |  | No Claim Filed |
| 6. | Nicor Gas | Unsecured |  | No Claim Filed |
| 7. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 8. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 36,086.47 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____